In the Matter of MORRIS DICKMAN et al., Petitioners, against JONAH J. GOLDSTEIN, Judge of the Court of General Sessions of the County of New York,

Respondent.— No opinion.
Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.